**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

AGUSTIN CANA VELASQUEZ,

*Petitioner*,

v.

LUIS SOTO, *et al.*

*Respondents*.

Civil Action No. 26-cv-01519

**ORDER**

**THIS MATTER** having been opened to the Court on the application of Stephanie M. Duque Isern, attorney for Petitioner Agustin Cana Velasquez ("Petitioner"), pursuant to Federal Rule of Civil Procedure 65(b), and Local Civil Rule 65.1, for a Temporary Restraining Order against Respondents, Luis Soto, in his official capacity as Director, Delaney Hall Detention Facility, Kristi Noem in her official capacity as Secretary of Homeland Security, John Tsoukaris in his official capacity as Newark Field Office Director at U.S. Immigration and Customs Enforcement, Pamela Bondi in her official capacity as Attorney General of the United States, and Todd Lyons in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement, (collectively "Respondents"); and the Court having received and reviewed Petitioner's Petition for Writ of Habeas Corpus pursuant to (ECF No. 1) and Petitioner's Motion for Temporary Restraining Order (ECF No. 2); and the Court having considered all papers submitted and the oral argument of counsel; if any; the Court hereby finds that:

1. Immediate and irreparable injury will result to Petitioner, including the risk of transfer outside of this Court's jurisdiction, before Respondents can be heard in opposition;

2. Petitioner's counsel has certified in writing the efforts, if any, made to give notice to Respondents and the reasons why notice should not be required prior to the issuance of this temporary restraining order;

3. The balance of the harms weighs in favor of granting a temporary restraining order; and

4. The public good is served by the entry of a temporary restraining order.

IT IS, on this 18th day of February 2026; it is hereby

**ORDERED** that Petitioner's Motion for a Temporary Restraining Order is **GRANTED**; and it is further,

**ORDERED** that Respondents are hereby immediately enjoined from transferring Petitioner from the Delaney Hall Detention Facility at 451 Doremus Avenue, Newark, NJ 07105, during the pendency of Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1); and it is further

**ORDERED** that Respondents shall **SHOW CAUSE**, no later than Wednesday, February 25, 2025, why the Petition for Writ of Habeas Corpus should not be granted; and it is further

**ORDERED** that Petitioner may file a reply brief in support of the Petition within three (3) business days after the filing of Respondents' answer; and it is further

**ORDERED** that Petitioner shall serve a copy of this Order together with the Petition for Writ of Habeas Corpus (ECF No. 1) and all supporting papers, upon Respondents within two (2) business days of the entry of this Order, and shall promptly file proof of service on the docket.

Hon. Karen M. Williams,
**United States District Judge**